Matthew K. LaVelle – State Bar No. 018828
**LaVelle & LaVelle, PLC**
5080 North 40th Street, Suite 455
Phoenix, AZ  85018
Telephone:	(602) 279-2100
Facsimile:	(602) 279-2114
matt@LaVelle-LaVelle.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AllianceMed, LLC, as authorized representative of B.B., <br><br> Plaintiff, <br><br> vs. <br><br> UnitedHealthcare Insurance Company and UnitedHealth Group, Inc., <br><br> Defendants. | No. <br><br> **COMPLAINT** |

Plaintiff, AllianceMed, LLC ("AllianceMed"), as duly-appointed authorized representative of B.B., by way of this Complaint against UnitedHealthcare Insurance Company and UnitedHealth Group, Inc., (UnitedHealthcare Insurance Company and UnitedHealth Group, Inc. are collectively referred to herein as "United" or "Defendants") hereby alleges upon personal knowledge as to itself and its own acts, and upon information and belief as to all other matters, based upon, inter alia, the investigation made by and through his attorneys, as follows:

## PARTIES

1.	AllianceMed is an Arizona limited liability company with a principal place of business at 18631 N. 19th Avenue, Suite 158-215, Phoenix, Arizona,

1  85027. AllianceMed performs medical billing services on behalf of Arizona
2  Surgeons, LLC.
3       2.    Upon information and belief, UnitedHealthcare Insurance Company
4  is a corporation duly authorized to do business in Arizona with a principal place
5  of business located in Minnetonka, Minnesota.
6       3.    Upon information and belief, UnitedHealth Group, Inc. is a
7  Delaware corporation duly authorized to do business in Arizona with a principal
8  place of business located in Minneapolis, Minnesota.
9       4.    Upon information and belief, United underwrite and/or administer
10 certain commercial health plans ("Plan" or "Plans"), through which healthcare
11 expenses incurred by Plan insureds ("insureds") for services and/or products
12 covered by the Plans ("Covered Services") are reimbursed by and/or through
13 United, subject to each Plan's term.
14      5.    At all times relevant hereto, B.B., was a "beneficiary," as defined by
15 29 U.S.C. § 1002(8), in an "Employee Health Benefit Plan," as defined by 29
16 U.S.C. § 1002(1).

## JURISDICTION AND VENUE

     6.    United's actions in administering the Plan are governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001 to 1461 ("ERISA"). This Court, therefore, has subject matter jurisdiction over the claim for benefits brought under 29 U.S.C. § 1132(a)(1)(B) herein pursuant to 29 U.S.C. § 1132 (e).

     7.    Venue in this District is appropriate pursuant to 28 U.S.C. § 1391, as the District of Arizona is the District where one or more of the Defendants reside and because this is the District where a substantial amount of the activities forming the basis of the Complaint occurred.

**STANDING**

8. As a beneficiary of the Plan as that term is defined in 29 U.S.C. § 1002(8), B.B. has standing to bring this action under 29 U.S.C. § 1131(a)(1)(B).

9. By and through a designation of authorized representative, B.B. has designated AllianceMed as his "authorized representative," as defined in 29 C.F.R. § 2560.503-1, and AllianceMed may, therefore, bring this action on behalf of B.B. under 29 U.S.C. § 1131(a)(1)(B).

**FACTUAL ALLEGATIONS**

10. Arizona Surgeons, LLC is an Arizona limited liability company with a principal place of business at 5115 N. Central Avenue, Phoenix, Arizona 85012 operating as an outpatient surgery center. AllianceMed performs certain billing services on behalf of Arizona Surgeons.

11. On or about December 2, 2015, a surgical procedure was performed on B.B.

12. Then, on or about December 3, 2015, B.B. executed a designation of authorized representative to AllianceMed, which states in relevant part:

> I, the undersigned ("Principal") have insurance and/or employee health care benefits coverage (collectively "Benefits") with the named Insurer/Payor ("Payor") and hereby assign Matthew Perez, individually, and as a manager of AllianceMed, LLC, and any employees of AllianceMed who assists with my healthcare claim(s) (collectively "AllianceMed"), as my designated Authorized Representative.

13. The designation of Authorized Representative also states in relevant part:

> I hereby authorize AllianceMed to adjudicate all claim(s) and appeals and undertake all administrative and legal processes on my behalf so that all claim(s) are paid to satisfaction of the provider(s) who rendered healthcare services to me and I owe payment. Furthermore, I grant

> AllianceMed complete discretionary authority necessary to fulfill its role as my Authorized Representative to adjudicate my healthcare claim(s) from Payor.

14. Pursuant to the above designation of authorized representative, on December 9, 2015, AllianceMed timely submitted bills directly to United for the services rendered to B.B. on December 2, 2015 for an amount of $57,184.71.

15. United denied B.B.'s claims, alleging that the services provided to B.B. were due to a limit of charges.

16. AllianceMed, on B.B.'s behalf, did seek a reversal of the adverse benefit determinations. Specifically, on or about February 10, 2016, AllianceMed submitted a first level appeal with United. This first level appeal was denied on March 9, 2016. Then, on or about April 1, 2016, AllianceMed submitted a second level appeal to United.

17. Nevertheless, United denied and/or ignored each of AllianceMed's appeals on behalf of B.B. for the December 2, 2015 date of service.

18. Any administrative services that may be pursued under ERISA have been exhausted, should be deemed exhausted under applicable regulations, or would be futile under the circumstances, and are therefore excused.

19. Because United failed to pay the claims herein at issue within the timeframes set forth in 29 C.F.R. § 2560.503-1, AllianceMed is permitted to immediately pursue remedies available under 29 U.S.C. § 1132 on behalf of B.B.

## COUNT ONE

**(Claim for Plan Benefits Under 29 U.S.C. § 1132(a)(1)(B))**

20. AllianceMed repeats and realleges each and every allegation contained in paragraphs 1 through 19 of the Complaint as if set forth at length herein.

21. By failing to pay benefits to AllianceMed for the services provided to B.B., Defendants violated obligations set forth in its Plan, and such denials were arbitrary, capricious, and manifestly mistaken.

22. Because B.B. is a beneficiary of his Plan, and because AllianceMed is the authorized representative of B.B., AllianceMed has standing to bring this cause of action under 29 U.S.C. § 1132(a)(1)(B) to enforce rights created by the Plan and to seek benefits relating to services provided to B.B.

Wherefore, Plaintiff AllianceMed, as the authorized representative of B.B., demands judgment against Defendants UnitedHealth Care Insurance Company and UnitedHealth Group, Inc. as follows:

A. Declaring that Defendants violated their duties and obligation under the Plan by failing to pay benefits relating to the services provided to B.B.;

B. Directing Defendants to pay benefits to AllianceMed relating to the services provided to B.B.;

C. Prejudgment interest;

D. Attorneys' fees pursuant to 29 U.S.C. § 1132(g)(1);

E. Costs pursuant to 29 U.S.C. § 1132(g)(1); and

F. Such other and further relief as the Court may deem equitable and just.

Dated this 1st day of September, 2016.

**LaVELLE & LaVELLE, PLC**

By: /s/ Matthew K. LaVelle
Matthew K. LaVelle, Esq.
5080 North 40th Street, Suite 455
Phoenix, AZ  85018
*Attorney for Plaintiff*